IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

HOME DESIGN SERVICES, INC.,
    Plaintiff,

v.                               Case No. 3:08cv244/MCR/EMT

W. GARGAS CONSTRUCTION, INC., and
WAGIH GARGAS,
    Defendants.
_____/

## O R D E R

This cause is before the court upon Plaintiff's "Motion to Compel the Rule 30(B)(6) Depositions of W. Gargas Construction, Inc.'s Corporate Representative(s), Motion to Compel Document Production and Response to Defendants' Motion to Strike (Dkt. # 94)" (Doc. 100). Before the court rules on this matter, Defendants W. Gargas Construction, Inc. and Wagih Gargas shall have an opportunity to respond.

Accordingly, it is **ORDERED**:

Defendants shall respond to Plaintiff's motion on or before **MONDAY, SEPTEMBER 28, 2009**.

**DONE AND ORDERED** this 23rd day of September 2009.

                                        /s/ *Elizabeth M. Timothy*
                                        **ELIZABETH M. TIMOTHY**
                                        **UNITED STATES MAGISTRATE JUDGE**